ALICE WHALEN, Respondent, v DEGRAFF, FOY, CONWAY, HOLT-HARRIS & MEALEY, Now Known as DEGRAFF, FOY, KUNZ & DEVINE, LLP, Appellant.

Submitted November 3, 2008; decided December 17, 2008

Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.